IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-570-RJ

| | |
|---|---|
| ABIGAIL THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter comes before this court on Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). [DE-30]. Plaintiff seeks $4,705.43 in attorney's fees for 22.5 hours of work by her counsel in this matter. Defendant stipulates and does not object to an award of $4,200.00. [DE-33]. This court finds the award of $4,200.00 in attorney's fees "reasonable," both with respect to the hourly rate charged and the number of hours claimed. *See Hyatt v. Barnhart*, 315 F.3d 239, 248 (4th Cir. 2002) (quoting 28 U.S.C. § 2412(d)(2)(A)(ii)).

It is therefore ORDERED that the Acting Commissioner of Social Security pay to Plaintiff the sum of $4,200.00 in attorney fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

SO ORDERED, this 23 day of March, 2022.

                                      Robert B. Jones, Jr.
                                      United States Magistrate Judge